UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs | §   CRIMINAL NO. M-05-790 |
| | § |
| LUIS ALBERTO CASTILLO-BUSTAMANTE aka Juan Jose Rodriguez-Ortiz | § § § |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for January 11, 2006) is hereby reset for sentencing on December 8, 2005 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

ENTERED this 7th day of December, 2005, at McAllen, Texas.

_____
Randy Crane
United States District Judge